Cross - D. Smith - Thomas                    800

1          MS. MILLUS:   Objection.

2          THE COURT:   Overruled.

3          MS. MILLUS:   Can I please have the page number?

4          THE COURT:   He is getting to it.

5          MR. CHAIKIN:   I am getting to it.   Page seven.

6     A    Yes, sir.

7     Q    And, do you remember -- you know what an oath is,

8  right? You took one here, right?

9     A    Yes, sir.

10    Q    And you know you are swearing to tell the truth,

11 right?

12    A    Yes, sir.

13    Q    Here, and at the grand jury, right?

14    A    Yes, sir.

15    Q    Do you remember telling the members of the grand

16 jury, on January 27, 2005, or rather, being asked this

17 question and giving this answer.

18         "I need you to keep" -- this is from line eight, no

19 from line 12.

20         " Question:  And, did the person that you saw holding

21    the gun in the front, what did they look like?

22         Answer:  It was a dark-skinned person with like a hat

23    that covers your ears, that keeps you warm in the winter.

24    Keeps your ears warm in the winter."

25         Do you remember telling the grand jury that under

PP

1    oath?

2        A    Yes, sir.

3        Q    Was it the truth?

4        A    Yes, sir.

5        Q    So, the person you saw with the gun on that well lit

6    street that night, sticking out the window with the gun, was a

7    dark-skinned human being, correct?

8        A    Yes, sir.

9        Q    Is number five in that picture a dark-skinned human

10   being, in your estimate?

11                MS. MILLUS:  Objection.

12                THE COURT:   Sustained.

13       Q    Well --

14                MR. CHAIKIN:  Can you turn on the lights now,

15   your Honor?

16                THE COURT:  We are going to switch reporters.

17                (Whereupon, Phyllis Price is relieved by Vera

18   Monaco as the official court reporter.)

19

20

21

22

23

24

25

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1    CONTINUED CROSS-EXAMINATION BY

2    MR. CHAIKIN:

3        Q.    First of all, Mr. Smith, you now recall telling

4    Detective Martin on the 27th of December, 2004 that

5    the person who stuck his hand out the window was a dark

6    skinned man?

7        A.    No, sir.

8        Q.    So, was the person who stuck his hand out the

9    window a dark skinned man, a light skinned man or

10   something in between?

11       A.    Don't know.

12       Q.    Is this man a dark skinned man in your

13   estimation?

14       A.    No.

15       Q.    Do you know if there are any other Sheldon

16   Thomases in the 67th Precinct?

17              MS. MILLUS:  Objection.

18              THE COURT:  Sustained.

19       Q.    Do you know personally know any other person

20   besides this fella named Sheldon Thomas who lives in --

21   I don't mean in the precinct house, I mean in your area,

22   in the area covered by the 67th Precinct?

23       A.    No, sir.

24              MS. MILLUS:  Objection.

25              THE COURT:  Read back the question, please.

VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1          (Whereupon, the requested portion of

2      the record was read by the reporter.)

3          THE COURT:  Objection overruled.  You can

4      answer it.  Do you know any other Sheldon Thomas in

5      the area?

6      A.   No, sir.

7      Q.   Do you know anybody with the nickname Smoke?

8      A.   No, sir.

9      Q.   Before the night of this awful thing, had you

10  ever seen that white car before?

11     A.   Not the exact but the same model, yes, sir.

12     Q.   Didn't you in fact see that white car on a

13  previous occasion with a man named Kern, his nickname,

14  Ernesto Sergeant driving that car?

15          MS. MILLUS:  Objection.

16          THE COURT:  Overruled.

17     A.   I don't know all of his name.  I know his name

18  is Kern.  I know it was the same model car.

19     Q.   Do you remember at the Grand Jury under oath

20  being asked these questions and giving these answers?

21  Page 11 of his testimony, Line 6:

22          "QUESTION:  The white car that pulled up,

23      was that car familiar to you at all?

24          "ANSWER:  Yes, ma'am.

25          "QUESTION:  Can you tell us how?

VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1       "ANSWER:  I seen it before the shooting,

2    before I seen the boy driving it.

3       "QUESTION:  This boy that you seen driving

4    the car, who is that?

5       "ANSWER:  Kern."

6       Do you remember giving that testimony to the

7    Grand Jury while you were under oath?

8              MS. MILLUS:  Objection.  May we approach?

9              THE COURT:  As to form?  Incomplete answer?

10   What is it?

11             MS. MILLUS:  Yes, incomplete answer.

12             THE COURT:  Read the whole answer.

13             MR. CHAIKIN:  I did.

14             MS. MILLUS:  May we approach?

15             THE COURT:  Yes, come on up.  Bring it up to

16   me.

17             (Whereupon, there was a discussion held

18   off the record sidebar outside of the presence

19   of the jury.)

20             THE COURT:  Okay.  Go ahead, Mr. Chaikin.

21   The objection is overruled.

22             MR. CHAIKIN:  All right.  Let me just have a

23   second.

24   Q.   Now, in fairness, I'm going to read the rest of

25   it.

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1          THE COURT:  Fine.

2          MR. CHAIKIN:  I think my question calls for

3     it.

4     Q.    All right.  I'm going to reask the whole

5     question because I didn't read you something that I

6     probably should have read you, okay?  I want you to tell

7     me whether you gave the -- whether you were asked the

8     following questions and gave the following answers under

9     oath before the Grand Jury:

10          "QUESTION:  The white car that pulled up,

11      was that car familiar to you at all?

12          "ANSWER:  Yes, ma'am.

13          "QUESTION:  Can you tell us how?

14          "ANSWER:  I seen it before the shooting,

15      before I seen a boy driving it.

16          "QUESTION:  The boy that you seen driving

17      the car, who is that?

18          "ANSWER:  Kern.

19          "QUESTION:  Were you able -- you weren't

20      able to see in the car whether Kern was there."

21          Referring to that night.

22          "ANSWER:  No, ma'am.

23          "QUESTION:  Had you seen Kern with that

24      car before?

25          "ANSWER:  With the same kind of car, yes.

VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1      "QUESTION:  You don't know if the license

2   plate number was the same; right?

3      "ANSWER:  Yes, ma'am."

4      Do you remember giving that testimony?

5   A.   Yes, sir.

6   Q.   And was that testimony true?

7   A.   Yes, sir.

8   Q.   So, you just don't know -- were you reading --

9   do you know the license plate number by the way of the

10  car on the night of the shooting?

11  A.   No, I don't.

12  Q.   So, the reason that you couldn't tell the

13  prosecutor who was questioning you at the Grand Jury

14  that this was absolutely the same --

15      MS. MILLUS:  Objection.

16      THE COURT:  Sustained.

17  Q.   You did not know the license plate on the car

18  that you saw Kern driving and you -- right?  One

19  question at a time.  Right?

20  A.   Yes, sir.

21  Q.   And you didn't know the license plate number as

22  you just told us on the car on the night of the

23  shooting; is that correct?

24  A.   Yes, sir.

25  Q.   But they were both exactly the same car in

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1  terms of appearance, in terms of size, in fact the same

2  model?

3          MS. MILLUS:  Objection.

4    Q.    Isn't that correct?

5          THE COURT:  Overruled.

6    A.    Yes, sir.

7    Q.    The day that you viewed the lineups I think you

8  told us about two of them that you viewed; right?  Did

9  there come another day that you viewed another lineup?

10   A.    Yes, sir.

11   Q.    Did they tell you who was in -- did the police

12 tell you in the at any time, before or after, did they

13 tell you whether there was anyone in that lineup who was

14 involved in the case?

15         MS. MILLUS:  Objection.

16         THE COURT:  Sidebar, please.

17         (Whereupon, there was a discussion held

18     on the record sidebar outside of the presence

19     of the jury.)

20         THE COURT:  All right.  I asked for a

21     sidebar.  It appears, counsel, you're attempting to

22     bring out the fact that this individual identified

23     an individual, an Ernesto Sergeant.

24         MR. CHAIKIN:  No, because he failed to, if

25     I'm not mistaken.

VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1           THE COURT:  Excuse me?

2           MR. CHAIKIN:  He failed to.

3           MS. BENNETT:  That's Kern when you read the

4       lineup.

5           MR. CHAIKIN:  I didn't know I was going to

6       get that answer.

7           THE COURT:  How far are we on with this?

8           MR. CHAIKIN:  Not very far at all.  I just

9       want to -- there's this question and one more about

10      this.

11          THE COURT:  Okay.  All right, People don't

12      have an objection; right?

13          (Back in open court.)

14      Q.   That third lineup let's call it that you saw,

15  isn't it true that the fellow named Kern who you saw in

16  that car was in that lineup?

17          MS. MILLUS:  Objection.

18      A.   Yes, sir.

19          THE COURT:  Saw in that car then on the day

20      of the shooting, did you see Kern in the car?

21          THE WITNESS:  No, sir.

22          THE COURT:  So what did you understand by

23      his question?

24          THE WITNESS:  He asked me if I saw him in

25      the lineup on the --

VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1          THE COURT:  No, in the car.  Rephrase the

2     question so let's not have confusion here.

3          MR. CHAIKIN:  Yes, okay.

4     Q.   Was that Kern in the third lineup?

5     A.   Yes, sir.

6     Q.   Do you recall whether Kern had dark skin?

7          MS. MILLUS:  Objection.

8          THE COURT:  Overruled.

9     A.   Yes, sir.

10    Q.   Very dark skin; didn't he?  Didn't he?

11    A.   Yes, sir.

12         MS. BENNETT:  Can we have the last question

13    read back?

14         MR. CHAIKIN:  Very dark wasn't he.

15    Something like that.

16         THE COURT:  You didn't clarify the car yet.

17         MR. CHAIKIN:  The car?

18         THE COURT:  The car.

19         MR. CHAIKIN:  You want me to?

20         THE COURT:  Yes, please.

21    Q.   You didn't see Kern in the car that night of

22    the shooting; right?

23    A.   No, sir.

24    Q.   All right.  And that's what you're telling us

25    here; right?


          VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1      A.   Yes, sir.

2      Q.   But you did see him on another occasion in a

3  car that may have been the same car, may not have been

4  but it was exactly the same in appearance?

5      A.   Yes, sir.

6      Q.   On that occasion, that occasion, not the night

7  because you didn't see him that night of the shooting,

8  but on that occasion when you did see him in the car, he

9  was driving; correct?

10     A.   Yes, sir.

11     Q.   Anybody else in the car with him on that

12  occasion?

13     A.   A couple of females.

14     Q.   I just have a few more questions for you.

15          What I just read you from the Grand Jury, let

16  me just ask you something about that testimony.  You

17  agree that you testified to this stuff I just read you

18  about Kern on the other occasion that you saw him in the

19  car.  You agree that this was your testimony; correct?

20     A.   Yes, sir.

21     Q.   Part of that testimony which I just read to you

22  in answer to the question "can you tell us how," you

23  said, "I seen it before the shooting, before I seen a

24  boy driving it."  Who is the boy you're talking about?

25          MS. MILLUS:  Objection.  Asked and answered.

VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1    THE COURT:  Overruled.  Do you know who that

2    person was?

3    A.    That was driving it when I saw it before the

4    shooting?

5    Q.    Before the shooting.

6    A.    Kern.

7    Q.    And that's who you meant by a boy?

8    A.    Yeah.

9    Q.    Couple of more questions.

10    Truth is, Mr. Smith, you never saw Sheldon

11    Thomas in that car that night; did you?

12    A.    Is that a question?

13    Q.    Yes, that's a question.

14    A.    I did see him.

15    Q.    You were out there on the street that night,

16    Crips were your enemies; right?

17    A.    Yes, sir.

18    Q.    Someone drove by, a bunch of guys drove by.

19    MS. MILLUS:  Objection.  Is there a

20    question?

21    THE COURT:  Sustained.

22    MR. CHAIKIN:  Yes, there is about to be.

23    THE COURT:  Counsel, please.

24    Q.    People drove by and shot your best friend; is

25    that correct?

VERA MONACO, SENIOR COURT REPORTER

DAYMEON SMITH - PEOPLE - CROSS - MR. CHAIKIN

1      A.   Yes, sir.

2      Q.   It was Crips that shot your best friend;

3  correct?

4      A.   Yes, sir.

5      Q.   They weren't caught by the police in the act,

6  they drove away?

7              MS. MILLUS:   Objection.

8              THE COURT:   Overruled.

9      Q.   Right?

10     A.   Yes, sir.

11     Q.   Isn't it true, Mr. Smith, that when police

12  questioned you about who had done this crime, you told

13  them the only three Crips that you knew and that you

14  knew the names of, Sheldon Thomas --

15             MS. MILLUS:   Objection.

16     Q.   -- Dalton Walters and Ernesto Sergeant; isn't

17  that true?

18             THE COURT:   Overruled.

19     A.   No, sir.

20     Q.   Wasn't your telling the police information

21  about the people who shot your friend, wasn't that for

22  revenge?

23             MS. MILLUS:   Objection.

24             THE COURT:   Overruled.

25     A.   No, sir.


          VERA MONACO, SENIOR COURT REPORTER

PROCEEDINGS

1            MR. CHAIKIN:  I have no more questions.

2    Thank you very much.

3            THE COURT:  Redirect by the People?

4            MS. MILLUS:  No, Your Honor.

5            THE COURT:  Okay.  That's it then.

6            All right, thank you for your testimony.

7    You're excused.  You may step down.

8            (Witness excused.)

9            THE COURT:  Okay.  Ladies and gentlemen,

10   during the testimony of this witness there was

11   testimony that the witness was previously convicted

12   of a crime or crimes and had committed allegedly

13   certain bad acts.  Now, our law provides that while

14   a person has been convicted of a crime or crimes, is

15   nevertheless a competent witness.  You know such

16   convictions or prior bad acts may be shown for the

17   purpose of effecting his credibility regarding his

18   testimony.  You may, therefore, take such

19   convictions and/or bad acts as a factor in

20   determining the credibility of the witness.  I will

21   give you further instruction regarding this during

22   my final instruction to you.

23            You may also recall hearing testimony from

24   this witness regarding alleged gang memberships of

25   each defendant.  I instruct you that gang membership

VERA MONACO, SENIOR COURT REPORTER

PROCEEDINGS

1    in itself is not a crime in New York State.  You are

2    not to consider such testimony as proof that either

3    defendant committed the crimes charged in the

4    indictment.

5         I further instruct you and emphasize that

6    such testimony was admitted for the limited purpose

7    of whatever consideration you may wish to give it

8    regarding the issue raised of motive.  And I will

9    give you further instructions regarding motive in my

10   final instructions to you.

11        Now, also during the testimony of this

12   witness there was evidence presented that this

13   witness may have made a prior statement or

14   statements allegedly inconsistent with his testimony

15   during this trial.  I instruct you that a prior

16   statement, if you find that in fact it was ever

17   made, is not evidence of its own truthfulness.  You

18   may consider any prior consistency or inconsistency

19   only as bearing on the weight or credibility that

20   you wish to give the testimony presented at this

21   trial.  Once again, I'll give you further

22   instructions regarding this during my final charge

23   to you.

24        It's now 10 to five, People, do you want to

25   call another witness or do you care to break for the

VERA MONACO, SENIOR COURT REPORTER

PROCEEDINGS

1    day?

2            MS. MILLUS:  No, Your Honor, we are good for

3    the day.

4            THE COURT:  Well, ladies and gentlemen,

5    having heard the prosecution saying this, they are

6    going to let us leave at 5:00.  I am going to let

7    you folks go home, all right?

8            Remember all my other admonitions to you.

9    Please keep an open mind, don't form or express any

10   opinions or conclusions with respect to the evidence

11   in this case until I submit it to you for your

12   deliberations.  Don't discuss this case amongst

13   yourselves or with anyone else.  Don't visit or view

14   any place or premise involved in the case.  Don't

15   listen or read any media reports regarding this

16   case.  Do not accept anything of value for you

17   supplying information about this case.  And if

18   anyone attempts to converse with you about this

19   case, promptly report them to a court officer.

20   Don't converse with them about the case.

21           All right, folks, have a safe trip home.  I

22   will see you back here tomorrow morning at 9:30,

23   please.  Thank you, folks.

24           (Whereupon, the jury exits the

25   courtroom.)


VERA MONACO, SENIOR COURT REPORTER

PROCEEDINGS

1          THE COURT:  Ladies and gentlemen, have a

2    pleasant evening.

3          Counsel, on your exhibits, you are finished

4    with them for now?

5          MR. CHAIKIN:  Yes.

6          THE COURT:  We will take care of it.  It's

7    court property now.

8          Officers, take charge.

9          Counsels, tomorrow morning at 9:30.

10   This is all I have on my calendar tomorrow.

11         MR. CHAIKIN:  Yes, Your Honor.

12         (Whereupon, the matter was adjourned

13   until October 19, 2006 in Part 25.)

14              *    *    *    *

15         Certified to be a true and accurate

16   transcript of the stenographic minutes taken

17   within.

18

19

20   _____
     VERA MONACO, RPR
     Senior Court Reporter

21

22   _____
     PHYLLIS PRICE
     Senior Court Reporter

23

24

25


                VERA MONACO, SENIOR COURT REPORTER

```
1    10/18/2006

2                      INDEX TO WITNESSES

3              Direct   Cross   Redir   Recross   V.Dire

4    PEOPLE'S

5    DAYMEON SMITH:

6    Ms. Millus        706

7    Mr. Wright               710

8    Mr. Chaikin              768

9                      INDEX TO EXHIBITS
                                          FOR ID    IN EVD
10   For the People:

11      5    Diagram                       703

12      6A   Crime scene photo             703

13      6B   Crime scene photo             703

14      6C   Crime scene photo            704

15      6D   Crime scene photo            704

16      7A   Crime scene photo            704

17      7B   Crime scene photo            704

18      7C   Crime scene photo            704

19      8    Photograph                   704

20      9    Photograph                   704

21                                        FOR ID    IN EVD
     For the Defendant:
22
        A    Photo Array                  756       760
23
        B    Photo Array                  756       760
24
        C    Photo Array                  787       789
25
```

VERA MONACO, SENIOR COURT REPORTER